**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID C. BARRETT, et al., | No. 2:21-CV-1051-WBS-DMC |
| Plaintiffs, | |
| v. | ORDER |
| FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN, | |
| Defendant. | |

Plaintiffs, who is proceeding with retained counsel, bring this civil action. This matter is set for hearing on April 13, 2022, at 10:00 a.m., on the motion of Defendant Foremost Property and Casualty Insurance Company (Foremost) to compel responses to its special interrogatories and requests for production to Plaintiffs; require Plaintiffs to produce documents identified or described in their initial disclosures; strike Plaintiffs' expert witness disclosures and exclude expert evidence; and impose monetary sanctions. On the request of Foremost and for good cause shown based on the distance between the courthouse in Redding, California, and counsels' various offices in Fresno, Encino, and San Francisco, California, it is ORDERED as

/ / /

/ / /

/ / /

1  follows:

2        1.     The parties may arrange their telephonic appearances through CourtCall.

3        2.     Briefing on Foremost's motion shall be governed by Eastern District of California Local Rule 251(a).[1]

3.  Pursuant to Local Rule 251(a), the parties shall meet and confer and file a joint statement regarding the instant discovery dispute no later than 14 days prior to the scheduled hearing.

IT IS SO ORDERED.

Dated: March 21, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court declines to order this matter briefed under Local Rule 251(e), as Defendant's counsel requests. That provision, which allows for an exception to the requirement of filing a joint statement, is inapplicable to Defendant's motion because Defendant's motion is not limited to (a) a total failure to produce discovery or (2) a request for sanctions. Here, Defendant seeks among other things an order striking Plaintiffs' expert witness disclosure.

2