*Submitted by:*
John R. Brydon (Bar No. 83365)
Paul A. Peters (Bar No. 148497)
**DEMLER, ARMSTRONG & ROWLAND, LLP**
101 Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone:     (415) 949-1900
Facsimile:      (415) 354-8380
Email: *bry@darlaw.com*
                *pap@darlaw.com*

Attorneys for Defendant
FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID C. BARRETT, et al., | Case No.:  2:21-cv-01051 WBS DMC |
| Plaintiffs, | |
| v. | **ORDER EXTENDING TIME TO FILE DISMISSAL OF ENTIRE ACTION** |
| FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN, et al., | |
| Defendants. | |

The parties to this action having so stipulated,

IT IS ORDERED that the time in which to file a dismissal of this action is hereby extended to and including **May 27, 2022**.  The Status Conference is continued to June 6, 2022 at 1:30 p.m. pending submission of the parties' stipulated dismissal.

Dated:  April 27, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE